# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:    ANDERS M. ANDERSEN & TAMMY M. ANDERSEN        Case Number: 08-72938
1408 WOODLAND PKWY            SSN-xxx-xx-6666 & xxx-xx-6821
SPRING GROVE, IL  60081

Case filed on:          9/12/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:    $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | COSTELLO & COSTELLO PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL MANAGEMENT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CATHIE ANDERSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ANDERS M. ANDERSEN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 23,587.95 | 23,587.95 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 17,000.00 | 17,000.00 | 0.00 | 0.00 |
|  | Total Secured | 40,587.95 | 40,587.95 | 0.00 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 3,218.75 | 321.87 | 0.00 | 0.00 |
| 003 | AURORA HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 1,016.69 | 101.67 | 0.00 | 0.00 |
| 005 | PORTFOLIO RECOVERY ASSOCIATES | 6,182.14 | 618.21 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 3,513.49 | 351.35 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 10,067.54 | 1,006.75 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 262.25 | 26.22 | 0.00 | 0.00 |
| 010 | MERRICK BANK | 1,693.25 | 169.32 | 0.00 | 0.00 |
| 011 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 1,886.14 | 188.61 | 0.00 | 0.00 |
| 013 | SHELL GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | RUPP & YOUMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | JEFFERSON CAPITAL SYSTEMS, LLC | 974.57 | 97.46 | 0.00 | 0.00 |
|  | Total Unsecured | 28,814.82 | 2,881.46 | 0.00 | 0.00 |
|  | Grand Total: | 69,402.77 | 43,469.41 | 0.00 | 0.00 |

Total Paid Claimant:        $0.00
Trustee Allowance:          $0.00            Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009            By  /s/Heather M. Fagan